In the Matter of the Estate of LUCY E. WHEELER, Deceased. In the Matter of the Accounting of ROBERT P. SMITH, as Executor of LUCY E. WHEELER, Deceased, Respondent. MYRTLE G. ELY et al., Appellants; JANE HINKLEY et al., Respondents.— No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur. [25 Misc 2d 933.]

In the Matter of the Arbitration between CHARLES E. WETZLER et al., Respondents, and WLADYSLAW SANDOWSKI, Appellant.— No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

NUELDA W. JOHNSON, Respondent, v. LLOYD BUNNELL, Appellant, et al., Defendant.— No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.